UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD S. WALDROP and <br> ELLEN M. WALDROP | ) <br> ) <br> ) | CASE NO. 5:04-CV-2289 |
| Plaintiffs, | ) <br> ) | JUDGE ADAMS |
| | ) | MAGISTRATE JUDGE LIMBERT |
| v. | ) <br> ) | **JUDGMENT ENTRY** |
| UNIFIED ARCHITECTURE & <br> ENGINEERING, INC. | ) <br> ) <br> ) | |
| Defendant. | ) | |

This matter is before the court on the Motion of Plaintiffs, Richard S. Waldrop and Ellen M. Waldrop ("Plaintiffs"), for entry of a judgment by default against Defendant Unified Architecture and Engineering, Inc. ("UAE"), with brief and affidavit in support.

This Court, having reviewed Plaintiffs' Motion and affidavit and being duly informed in the premises, hereby **FINDS** that the sum owed by UAE to the Plaintiffs is for a sum made certain by computation and attested to by affidavit, UAE has been defaulted for failure to appear, and UAE is not an infant or incompetent person. Accordingly, this Court finds Plaintiffs' Motion to be well-taken.

NOW, THEREFORE, pursuant to Rule 55 of the Federal Rules of Civil Procedure and for good cause shown, the Court hereby enters a default judgment in favor of Plaintiffs and

CLE - 891865.1

against UAE in the amount of $78,749.37, plus interest thereon going forward at the federal statutory rate from the date of the entry of the judgment below and costs of this action.

IT IS SO ORDERED.

                                                                        s/John R. Adams
                                                                        JUDGE

Dated: August 9, 2005